UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE ESTELLA WILLIAMS,<br>          Plaintiff,<br>     v.<br>CAROLYN W. COLVIN,<br>          Defendant. | Case No.  14-cv-01685-EDL<br><br>**ORDER TO SHOW CAUSE** |

On April 11, 2014, Plaintiff filed this social security disability benefits appeal. On that date, the Court issued a Scheduling Order setting deadlines for summary judgment briefing. On August 28, 2014, the parties filed a stipulation to extend the time for Plaintiff to file her motion for summary judgment to September 8, 2014, which the Court ordered. Plaintiff failed to file a motion for summary judgment by the stipulated and court-ordered deadline. The parties have not otherwise communicated with the Court.

Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's response to this Order to Show Cause shall be due no later than September 22, 2014. It is further ordered that if Plaintiff fails to file a response to this Order to Show Cause by September 22, 2014, the Court will dismiss this action without prejudice for failure to prosecute. Alternatively, this Order to

1   Show Cause will be discharged if Plaintiff files her motion for summary judgment no later than
2   September 22, 2014.
3   **IT IS SO ORDERED.**
4   Dated: September 11, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2