UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE ESTELLA WILLIAMS,<br>　　　　Plaintiff,<br>　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No.  14-cv-01685-EDL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On September 11, 2014, the Court issued an Order to Show Cause as to why this action should not be dismissed for failure to prosecute based on Plaintiff's failure to timely file a motion for summary judgment. On September 12, 2014, Plaintiff filed her motion for summary judgment. Accordingly, the Court discharges the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: September 16 , 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge